# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY L. CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00196-JDP<br><br>ORDER GRANTING PROPOSED EXTENSION OF TIME<br><br>ECF No. 14 |

The parties' stipulated request for an extension of time is granted. Defendant shall have until close of business on January 16, 2020, to file a response to plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   December 3, 2019              /s/ Jeremy Peterson
                                                 UNITED STATES MAGISTRATE JUDGE

No. 205.