UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY L. CLARK,<br><br>           Plaintiff,<br><br>           v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:19-cv-00196-JDP<br><br>ORDER GRANTING THE STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 21. |

The parties' stipulated request for an extension, ECF No. 21, is granted. Defendant shall have until the close of business of May 18, 2020, to respond to the court's request for additional briefing.

IT IS SO ORDERED.

Dated:   April 20, 2020                        _____
                                               UNITED STATES MAGISTRATE JUDGE

No. 205.